ABC Supply Co.
150 S. Water Street
Newburgh, NY 12550


ADG Security
420 North Avenue
Hilton, NY 14468


Allstate Insurance
c/ CBC National Recovery Services
P.O. Box 15077
Newark, NJ 07192


Alside Supply Center
770 Emerson Street
Rochester, NY 14613


American Express
P.O. Box 1270
Newark, NJ 07101


American Products
1600 N. Clinton Avenue
Rochester, NY 14621


Bradco Supply Co.
2145 E. Henrietta Road
Rochester, NY 14623


Cingular Wireless
P.O. Box 17496
Baltimore, MD 21297


Cintas Corporation
333 West Main STreet
Rochester, NY 14608

Citgo
P.O. Box 2224
Birmington, AL 35246


Commissioner of Labor
State Office Campus
Building 12, Room 185
Albany, NY 12240


Correctional Billing Services
P.O. Box 650599
Dallas, TX 75265


Countrywide
P.O. Box 660694
Dallas, TX 75266


Crawford Broadcasting Co.
2494 Browncroft Blvd.
Rochester, NY 14625


Crystal Rock
P.O. Box 10028
Waterbury, CT 06725


Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197


Democrat & Chronicle
55 Exchange Blvd.
Rochester, NY 14614


Elias Schwartz, Esq.
343 Great Neck Road
Great Neck, NY 11021

ESL Federal Credit Union
100 Kings Highway S., Ste. 1200
Rocheser, NY 14617


Faye Gilmore/Carol Hulsizer
1350 Buffalo Road
Rochester, NY 14624


Frontier
P.O. Box 23008
Rochester, NY 14692-3008


GMAC
P.O. Box 830070
Baltimore, MD 21283


haines Publishing
8050
Freedom Avenue NW
North Canton, OH 44720


Home & Yard Handbook
2570 Baird Road
Penfield, NY 14526


Home Depot
P.O. Box 9100
Des Moines, IA 50368


Home Depot Credit Services
P.O. Box 9122
Des Moines, IA 50368


Install-a-Phone
3250 Big Ridge Road
Spencerport, NY 14559

M & T Bank
P.O. Box 427
Buffalo, NY 14240

Maguire Properties, Inc.
770 Rock Beach Road
Rochester, NY 14617

Monotronics
P.O. Box 814530
Dallas, TX 75381

Monster Worldwide
Fidelity National Credit Serv.
2421 North Glasset Street
P.O. Box 3051
Orange, CA 92857

Neighborhood Housing Serv.
570 South Avenue
Rochester, NY 14620

Nextel
P.O. Box 4192
Carol Stream, IL 60197

NYS Insurance Fund
100 Chestnut Street
Suite 1000
Rochester, NY 14604

Rochester Gas & Electric
89 East Avenue
Rochester, NY 14649

Ron Zemke
912 Malloch Road
Churchville, NY 14428

Scottsdale Insurance Co.
P.O. Box 4120
Scottsdale, AZ 85261


The Berry Co.
120 Corporate Woods
Suite 350
Rochester, NY 14623


Time Warner Cable
71 Mt. Hope Avenue
Rochester, NY 14620-1090


T-Mobile
P.O. Box 742596
Cincinnati, OH 45274


Verizon
P.O. Box 64809
Baltimore, MD 21264


Yackware
1426 East 750 North
Orem, UT 84097


YHSBC Bank USA, NA
P.O. Box 1295
Buffalo, NY 14240

| FORM B1 | United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**KING, STEVEN M.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**d/b/a Royal Renovations & President and stockholder of Royal Renovations Exteriors, Inc.** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**1987** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**875 Lawrence Road**<br>**Hilton, New York 14468** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Monroe** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>☑ Individual(s)     ☐ Railroad<br>☐ Corporation     ☐ Stockbroker<br>☐ Partnership     ☐ Commodity Broker<br>☐ Other _____     ☐ Clearing Bank | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>☑ Chapter 7    ☐ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business     ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business (Check all boxes that apply)**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15<br>☐ | 16-49<br>☑ | 50-99<br>☐ | 100-199<br>☐ | 200-999<br>☐ | 1000-over<br>☐ |
|---|---|---|---|---|---|---|

| Estimated Assets | $0 to $50,000<br>☐ | $50,001 to $100,000<br>☐ | $100,001 to $500,000<br>☑ | $500,001 to $1 million<br>☐ | $1,000,001 to $10 million<br>☐ | $10,000,001 to $50 million<br>☐ | $50,000,001 to $100 million<br>☐ | More than $100 million<br>☐ |
|---|---|---|---|---|---|---|---|---|

| Estimated Debts | $0 to $50,000<br>☐ | $50,001 to $100,000<br>☐ | $100,001 to $500,000<br>☐ | $500,001 to $1 million<br>☑ | $1,000,001 to $10 million<br>☐ | $10,000,001 to $50 million<br>☐ | $50,000,001 to $100 million<br>☐ | More than $100 million<br>☐ |
|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **STEVEN M. KING** | |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location Where Filed:      **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **s/ STEVEN M. KING**
Signature of Debtor

X   **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**10/14/2005**
Date

### Signature of Attorney

X   **S/ Louis A. Ryen**
Signature of Attorney for Debtor(s)

**Louis A. Ryen, Esq.,  1144773**
Printed Name of Attorney for Debtor(s) / Bar No.

**Lacy Katzen LLP**
Firm Name

**130 E. Main St  (Granite Building)**
Address

**Rochester, NY 14604**

**585-454-5650**                                              **585-454-6525**
Telephone Number

**10/14/2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **S/ Louis A. Ryen**                          **10/14/2005**
Signature of Attorney for Debtor(s)              Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐      Yes, and Exhibit C is attached and made a part of this petition.
☑      No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X   **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.